IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    BEVERLY A. KELLY :
: Bankruptcy No. 18-13982
        Debtor :

## CERTIFICATION OF SERVICE

I, Robert H. Holber, Esquire, Counsel for Debtor, hereby certify that I served a copy of the Amended Chapter 13 Plan upon the U.S. Trustee's Office, William C. Miller, Esquire, Chapter 13 Trustee, Debtor, Beverly A. Kelly, and all secured and priority creditors by first-class mail, postage prepaid and/or electronic means on September 17, 2018.

Date: 9/17/18        By: _____
                                      Robert H. Holber, Esquire
                                      Attorney for Debtor