# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                            Chapter 13

                                                            Bankruptcy No. 18-13982-MDC

BEVERLY A KELLY

366 BLANCHARD ROAD

DREXEL HILL, PA 19026

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    BEVERLY A KELLY

    366 BLANCHARD ROAD

    DREXEL HILL, PA 19026

**Counsel for debtor(s), by electronic notice only.**
    ROBERT H HOLBER
    41 EAST FRONT ST

    MEDIA, PA 19063

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                      /s/ William C. Miller

Date: 10/17/2018

                                                      _____

                                                      William C. Miller, Esquire
                                                      Chapter 13 Standing Trustee