IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:      BEVERLY A. KELLY          :      Chapter 13
                                      :
                 Debtor               :
                                      :      Bankruptcy No. 18-13982


### CERTIFICATION OF NOTICE AND NO OBJECTION
### PURSUANT TO L.B.R 2016-1

I, Robert H. Holber, Esquire, counsel for debtor, hereby certify that I served a copy of the Amended Application for Counsel Fees and Reimbursement of Expenses on the Debtor, the Trustee, and the Office of the U.S. Trustee on April 15, 2019, via first-class mail and/or electronically;

I further certify that a copy of the Amended Notice of Application for Counsel Fees, as required by L.B.R. 2016-1 and F.R.B.P. 2002(a)(6), was served on all creditors on April 15, 2019 by first class mail, postage pre-paid and/or electronically. A copy of said notice is attached.

I further certify that as of this date, twenty-one (21) days has elapsed and no objection has been received to the application.

By:

Robert H. Holber, Esquire
Attorney for Debtor

Dated: 5/7/19