IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: BEVERLY A. KELLY : Chapter 13
:
Debtor :
: Bankruptcy No. 18-13982

AMENDED O R D E R

AND NOW, this 10th day of May, 2019 upon application of counsel for an award of compensation and reimbursement of actual, necessary expenses, it is hereby ORDERED that counsel is allowed $2,137.50 as fees and $373.00 as expenses for services rendered in connection with the above referenced case for a total award of $2,510.50. less $1,500.00 paid prepetition. The sum of $1,010.50 shall be paid by Chapter 13 Trustee to Debtor's counsel.

By the Court:

*Magdeline D. Coleman*

Hon. Magdeline D. Coleman
Bankruptcy Judge

Copies to:
Thomas Lovascio
1140 W. Ashland Avenue
Glenolden, PA 19036

Robert H. Holber, Esquire
41 E. Front Street
Media, Pa 19063

William C. Miller, Esquire
Chapter 13 Trustee
Post Office Box 1229
Philadelphia, Pa 19105