United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-13982-mdc
Beverly A Kelly                                                         Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: May 10, 2019
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2019.
db          +Beverly A Kelly,   366 Blanchard Road,   Drexel Hill, PA 19026-3507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2019                                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2019 at the address(es) listed below:
          JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, NA paeb@fedphe.com
          KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          ROBERT H. HOLBER    on behalf of Debtor Beverly A Kelly rholber@holber.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                                                                       TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  BEVERLY A. KELLY : Chapter 13
 :
 Debtor :
 : Bankruptcy No. 18-13982

## AMENDED O R D E R

AND NOW, this 10th day of May, 2019 upon application of counsel for an award of compensation and reimbursement of actual, necessary expenses, it is hereby ORDERED that counsel is allowed $2,137.50 as fees and $373.00 as expenses for services rendered in connection with the above referenced case for a total award of $2,510.50. less $1,500.00 paid prepetition.  The sum of $1,010.50 shall be paid by Chapter 13 Trustee to Debtor's counsel.

By the Court:

_____
Hon. Magdeline D. Coleman
Bankruptcy Judge

Copies to:
Thomas Lovascio
1140 W. Ashland Avenue
Glenolden, PA 19036

Robert H. Holber, Esquire
41 E. Front Street
Media, Pa  19063

William C. Miller, Esquire
Chapter 13 Trustee
Post Office Box 1229
Philadelphia, Pa 19105