IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| BEVERLY A. KELLY : | |
| : | Bankruptcy No. 18-13982 |
| Debtor : | |

## CERTIFICATION OF SERVICE

I, Robert H. Holber, Esquire, Counsel for Debtor, hereby certify that I served a copy of the 3rd Amended Chapter 13 Plan upon the U.S. Trustee's Office, William C. Miller, Esquire, Chapter 13 Trustee, Debtor, Beverly A. Kelly, and all secured and priority creditors by first-class mail, postage prepaid and/or electronic means on October 15, 2019.

Date: 10/15/19            By: _____
                              Robert H. Holber, Esquire
                              Attorney for Debtor