IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :    CHAPTER 13
BEVERLY A. KELLY                                :
                    Debtor                      :    BK. No. 18-13982 MDC

## ORDER

AND NOW, this **31st** day of **October**, 2019, it is hereby ORDERED that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

ORDERED that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

*Magdeline D. Coleman*
MAGDELINE D. COLEMAN,
Chief U.S. Bankruptcy Judge

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

BEVERLY A. KELLY
366 BLANCHARD ROAD
DREXEL HILL, PA 19026

ROBERT H. HOLBER, ESQ.
ATTORNEY ROBERT H. HOLBER PC
41 EAST FRONT STREET
MEDIA, PA 19063

JEROME B. BLANK
PHELAN HALLINAN DIAMOND & JONES LLP
1617 JFK BLVD, SUITE 1400
PHILADELPHIA, PA 19103

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106