IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: BEVERLY A. KELLY        :    CHAPTER 13
                               :
        Debtor                 :    Bankruptcy No.: 18-13982

## CERTIFICATION OF NO ANSWER OR OBJECTION

I, Robert H. Holber, Esquire, Counsel for Debtor hereby certify that:

1. The Notice of Motion, Response Deadline and Hearing Date as regards Motion to Modify Confirmed Chapter 13 Plan, was served upon U.S. Trustees Office, Chapter 13 Trustee, William C. Miller all creditors listed on Matrix and all creditor's who filed Proof of Claims on or about October 15, 2019 and

2. As of the below noted date, he has received no answer or objection, from any party to the granting of the Order.

Dated: 11/12/19

ROBERT H. HOLBER, ESQUIRE
Counsel for Debtor
41 E. Front Street
Media, PA. 19063
(610) 565-5463