UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :     CHAPTER 13
                                                :
    BEVERLY A. KELLY                             :
                                                :
              Debtor(s)                          :     BANK. NO. 18-13982

ORDER

AND NOW, this 14th day of November, 2019, upon review of Debtor's Motion to Modify Confirmed Amended Chapter 13 Plan, it is hereby ORDERED and DECREED:

1. Debtor's Amended Chapter 13 Plan attached to her motion is hereby APPROVED and replaces Debtor's present Amended Chapter 13 Plan.

_Magdeline D. C_____
                                                    J.