United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Beverly A Kelly  
    Debtor

Case No. 18-13982-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: TashaD                   Page 1 of 1                   Date Rcvd: Nov 18, 2019
                       Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2019.
db             +Beverly A Kelly,    366 Blanchard Road,    Drexel Hill, PA 19026-3507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2019 at the address(es) listed below:
      JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, NA paeb@fedphe.com
      KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
       bkgroup@kmllawgroup.com
      MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
       bkgroup@kmllawgroup.com
      ROBERT H. HOLBER    on behalf of Debtor Beverly A Kelly rholber@holber.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    WELLS FARGO BANK, NA paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                               TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                          :      CHAPTER 13
                                :
    BEVERLY A. KELLY             :
                                :
            Debtor(s)            :      BANK. NO. 18-13982

<u>ORDER</u>

AND NOW, this 14th day of November, 2019, upon review of Debtor's Motion to Modify Confirmed Amended Chapter 13 Plan, it is hereby ORDERED and DECREED:

1. Debtor's Amended Chapter 13 Plan attached to her motion is hereby APPROVED and replaces Debtor's present Amended Chapter 13 Plan.

_Magdeline D. C_____
                                                J.