IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:    BEVERLY A. KELLY           :     Chapter 13
                                     :
          Debtor                     :
                                     :     Bankruptcy No. 18-13982

## CERTIFICATION OF NOTICE AND NO OBJECTION
## PURSUANT TO L.B.R 2016-1

I, Robert H. Holber, Esquire, counsel for debtor, hereby certify that I served a copy of the Notice of Second Application For Compensation And Reimbursement Of Expenses on the Debtor, the Chapter 13 Trustee, and the Office of the U.S. Trustee on November 21, 2019, via first-class mail and/or electronically;

I further certify that a copy of the Notice of Second Application For Compensation And Reimbursement Of Expenses, as required by L.B.R. 2016-1 and F.R.B.P. 2002(a)(6), was served on all creditors on November 21, 2019 by first class mail, postage pre-paid and/or electronically.  A copy of said notice is attached.

I further certify that as of this date, twenty-one (21) days has elapsed and no objection has been received to the application.

                                          By:

                                          _____
                                          Robert H. Holber, Esquire
                                          Attorney for Debtor

Dated: 12/13/19