IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: BEVERLY A. KELLY  :  Chapter 13
:
        Debtor  :
:  Bankruptcy No. 18-13982

## ORDER

AND NOW, this 15th day of January, 2020 upon review of the Second Application For Compensation And Reimbursement Of Expenses, it is hereby ORDERED that counsel is allowed $800.00 as fees for services rendered in connection with the above referenced case. The sum of $800.00 shall be paid by Chapter 13 Trustee to Debtor's counsel.

By the Court:

_Magdeline D. C_____
Ashely M. Chan
Bankruptcy Judge