# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | |
| **BEVERLY A. KELLY** | | BK. No. 18-13982 MDC |
| Debtor | | |
| | : | Chapter No. 13 |
| **WELLS FARGO BANK, N.A.** | : | |
| Movant | : | |
| v. | | |
| **BEVERLY A. KELLY** | | |
| Respondent | | 11 U.S.C. §362 |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

**AND NOW**, this 26th day of February, 2020, after Notice of Default and the filing of a Certification of Default under the parties' prior Stipulation, it is

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 366 BLANCHARD ROAD, DREXEL HILL, PA 19026-3507 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **WELLS FARGO BANK, N.A.** may immediately enforce and implement this Order granting Relief from the Automatic Stay ; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

By the Court:

*Magdeline D. Coleman*
_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE
(TRUSTEE)
P.O. BOX 1229
PHILADELPHIA, PA 19105

BEVERLY A. KELLY
366 BLANCHARD ROAD
DREXEL HILL, PA 19026-3507

ROBERT H. HOLBER, ESQUIRE
41 EAST FRONT STREET
MEDIA, PA 19063

UNITED STATES TRUSTEE
200 CHESTNUT STREET, SUITE 502
PHILADELPHIA, PA 19106