# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-13982-MDC

BEVERLY A KELLY

366 BLANCHARD ROAD

DREXEL HILL, PA 19026

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

BEVERLY A KELLY

366 BLANCHARD ROAD

DREXEL HILL, PA 19026

Counsel for debtor(s), by electronic notice only.

ROBERT H HOLBER
41 EAST FRONT ST

MEDIA, PA 19063

Date: 3/2/2020

/S/ William C. Miller

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee