```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                         Case No. 18-13982-mdc
Beverly A Kelly                                                Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Lisa            Page 1 of 2             Date Rcvd: Apr 02, 2020
                             Form ID: pdf900       Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2020.
```
db             +Beverly A Kelly,    366 Blanchard Road,    Drexel Hill, PA 19026-3507
14183265        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14198822       +Kevin G. McDonald, Esquire,    KML Law Group, P.C.,    Toyota Motor Credit Corp,
                 701 Market Street, Suite 5000   ',    Philadelphia, PA 19106-1538
14162854       +Law Office of Robert H. Holber, P.C.,    41 East Front Street,    Media, PA 19063-2911
14162856       +Shawn Kelly,    366 Blanchard Road,    Drexel Hill, PA 19026-3507
14162858       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:   Toyota Financial,    P.O. Box 5855,    Carol Stream, IL 60197)
14162857       +Tbom/contfin,    4550 New Linden Hill Rd,    Wilmington, DE 19808-2930
14165105       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14162859        Upper Darby Township,    James D. Smith,    100 Garret Road,    Upper Darby, PA  19082-3135
14162860       +Wells Fargo,    P.O. Box 5943,    Sioux Falls, SD 57117-5943
14162998        Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                 Eagan MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Apr 03 2020 05:10:38     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 03 2020 05:10:16
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 03 2020 05:10:33     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14162851       +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 03 2020 05:10:46
                 Credit Collection Serv,    725 Canton St,    Norwood, MA 02062-2679
14162852       +E-mail/PDF: pa_dc_ed@navient.com Apr 03 2020 05:13:11     Dept Of Ed/navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
14162853       +E-mail/Text: bncnotices@becket-lee.com Apr 03 2020 05:09:59     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14175463       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 03 2020 05:10:23     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14199985        E-mail/PDF: pa_dc_claims@navient.com Apr 03 2020 05:13:12
                 Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
14177905        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2020 05:13:12
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14162855       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Apr 03 2020 05:13:15     Regional Acceptance Co,
                 621 W Newport Pike,    Wilmington, DE 19804-3235
14166890        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Apr 03 2020 05:13:15     Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
                                                                                              TOTAL: 11

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: Lisa                Page 2 of 2                  Date Rcvd: Apr 02, 2020
                              Form ID: pdf900           Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2020 at the address(es) listed below:
```
              JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, NA paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    on behalf of Debtor Beverly A Kelly rholber@holber.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    WELLS FARGO BANK, NA paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
BEVERLY A KELLY

Chapter 13

Debtor

Bankruptcy No. 18-13982-MDC

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

April 2, 2020

_____  
Magdeline D. Coleman  
Chief Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
ROBERT H HOLBER  
41 EAST FRONT ST

MEDIA, PA 19063

Debtor:  
BEVERLY A KELLY

366 BLANCHARD ROAD

DREXEL HILL, PA 19026